

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In re Alliance Machine & Specialties, Inc.

Appellate case number:    01-21-00022-CV

Trial court case number:  2019-79056

Trial court:              234th District Court of Harris County

By order dated January 26, 2021, this Court abated this proceeding and remanded to the trial court to allow the respondent to consider the ruling challenged. Relator has filed a motion to reinstate, attaching an order signed February 9, 2021, confirming the original ruling and denying relator's motion to disqualify Muhammad Aziz and other plaintiffs' co-counsel. Relator also filed a supplemental mandamus record that includes the trial court's order.

Accordingly, we **GRANT** relator's motion and **REINSTATE** the proceeding on the active docket.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                            Acting individually


Date: February 18, 2021